■ In the Matter of the Estate of MERVIN L. ANDERSEN, Deceased. IDA L. KNUDSEN, as Administratrix, Appellant; PHILIP P. CLAUDE, Respondent.—Order, Surrogate's Court, Bronx County (Bertram Gelfand, S.), entered on April 2, 1986, unanimously affirmed for the reasons stated by Bertram Gelfand, S., without costs and without disbursements. Concur— Murphy, P. J., Sandler, Kassal, Rosenberger and Smith, JJ..

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST PICCIANO, Appellant.—Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered on November 27, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTOS, Appellant.—Judgment, Supreme Court, New York County (Luis M. Neco, J.), rendered on May 7, 1985, unanimously affirmed. Appellant's motion for leave to file a *pro se* supplemental brief is denied. No opinion. Concur— Sullivan, J. P., Ross, Kassal, Wallach and Smith, JJ.